JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANHUI ZHOU,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al*,<br><br>    Defendants. | Case No. 2:23-cv-00155-AB-JC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

On April 17, 2023 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (*See* Dkt. No. 16.) The Order to Show Cause required a written response to be filed by May 12, 2023. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: May 23, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.